# IN THE SUPREME COURT OF THE STATE OF NEVADA

LESTER EUGENE SELANDER, JR.,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 70722

FILED

OCT 03 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a postconviction motion to withdraw a guilty plea. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

On June 13, 2016, appellant filed a notice of appeal from the order denying a postconviction motion to withdraw a guilty plea. However, appellant has already previously appealed this decision, and the Court of Appeals affirmed the order of the district court. *See Selander v. State*, Docket No. 69259 (Order of Affirmance, June 22, 2016). A second duplicate appeal may not be pursued. Accordingly, we

ORDER this appeal DISMISSED.

_____Cherry_____, J.
Cherry

_____Douglas_____, J.
Douglas

_____Gibbons_____, J.
Gibbons

SUPREME COURT
OF
NEVADA

(O) 1947A

16-30627

cc: Hon. Douglas Smith, District Judge
Lester Eugene Selander, Jr.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A